IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

/FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 7 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01468-BNB

JOSEPH E. ARCHIBEQUE,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
CORRECTION OFFICER HASUI, Badge #10567,
CORRECTIONAL OFFICER GUTIERRIZ, Female,
CORRECTION OFFICER MAJOR ROBINETTE,
CORRECTION OFFICER CAPTAIN TRUJILLO,
CORRECTION OFFICER LIEUTENTANT [sic] MARTINEZ, and
CORRECTION OFFICER SERGEANT CASTILLO,

    Defendants.

## ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

On August 22, 2006, the Court ordered Plaintiff Archibeque to show cause within thirty days why the instant Prisoner Complaint should not be denied for failure to exhaust his claim through the Colorado Department of Corrections' (DOC's) three-step administrative grievance procedure. On September 1, 2006, Mr. Archibeque submitted a Response to the Court. In the Response, it appears that Plaintiff has demonstrated that the Complaint should not be dismissed at this time for failure to exhaust administrative procedures with respect to his asserted claim.

Therefore, the August 22, 2006, Order directing Mr. Archibeque to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the August 22, 2006, Order directing Plaintiff Archibeque to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 6th day of September, 2006.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01468-BNB

Joseph E. Archibeque
Prisoner No. 47339
Sterling Correctional Facility
PO Box 6000 - Unit 23
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-7-06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk