IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01468-MSK-MJW

JOSEPH E. ARCHIBEQUE,

   Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
CORRECTION OFFICER HASUI, Badge #10567,
CORRECTIONAL OFFICER GUTIERRIZ, Female,
CORRECTION OFFICER MAJOR ROBINETTE,
CORRECTION OFFICER CAPTAIN TRUJILLO,
CORRECTION OFFICER LIEUTENTANT [sic] MARTINEZ, and
CORRECTION OFFICER SERGEANT CASTILLO,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

SEP 1 2 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 11th day of September, 2006

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01468-MSK-MJW

Joseph E. Archibeque
Prisoner No. 47339
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Department of Corrections, CO Hasui,
CO Gutierriz, CO Major Robinette,
CO Captain Turjillo, CO Lt. Martinez and
CO Sergeant Castillo, – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Department of Corrections, CO Hasui, CO Gutierriz, CO Major Robinette, CO Captain Turjillo, CO Lt. Martinez and CO Sergeant Castillo, and to John Suthers: COMPLAINT FILED 7/28/06, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/12/06.

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                        Deputy Clerk