IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01468-CMA-MJW

JOSEPH E. ARCHIBEQUE,

    Plaintiff,

v.

CORRECTION OFFICER HASUI,
CORRECTIONAL OFFICER GUTIERREZ,
CORRECTION OFFICER MAJOR ROBINETTE,
CORRECTION OFFICER CAPTAIN TRUJILLO,
CORRECTION OFFICER LIEUTENANT MARTINEZ, and
CORRECTION OFFICER SERGEANT CASTILLO,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with F.R.Civ.P. 41(a)(1) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 72) signed by the attorneys for the parties hereto, it is hereby

ORDERED that all claims that were or could have been asserted by plaintiff are DISMISSED WITH PREJUDICE, each party to pay their own attorney fees and costs.

DATED: October __27__, 2008.

                              BY THE COURT:

                              */s/ Christine M. Arguello*
                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge